**DISMISS and Opinion Filed October 24, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00902-CV**

**GRACE SALAKO SMITH, Appellant**
**V.**
**TIFFANY OWENS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-05414-E**

**MEMORANDUM OPINION**

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. We directed appellant by postcard dated July 19, 2022 to file her brief and an extension motion within ten days and cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). Although appellant tendered a brief to the Court on July 27, 2022, we notified appellant that because the time for filing her brief had expired, we received, but did not file, that brief. We notified appellant that for the brief to be filed and considered, she must file a motion for extension of time within ten days. To date, appellant has not filed a motion to extend

time to file her brief as directed, nor has she otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Robert D.Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210902F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

GRACE SALAKO SMITH,
Appellant

No. 05-21-00902-CV      V.

TIFFANY OWENS, Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-20-05414-
E.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered October 24, 2022